UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN GILLANE, | Case No.: 3:08-cv-00230-LRH-RAM |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO REMAND TO STATE COURT (First Request) |
| MEGA LIFE AND HEALTH INSURANCE COMPANY; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiff John Gillane and defendant The Mega Life and Health Insurance Company ("MEGA") (incorrectly sued as "Mega Life and Health Insurance Company") hereby stipulate and agree as follows:

1.   Plaintiff filed his Motion to Remand on May 30, 2008 (Document 8).

2.   Pursuant to LR 7-2(b) and Fed. R. Civ. P. 6(d), MEGA's response to Plaintiff's Motion to Remand is to be filed on or before Tuesday, June 17, 2008.

3.   Plaintiff and MEGA agree that the time for MEGA to respond to Plaintiff's Motion to Remand shall be extended to and including Thursday, July 17, 2008.

4.   This is the first request for additional time sought by

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

-1-

420083.1

the parties with respect to Plaintiff's Motion to Remand. This stipulation is not submitted for the purpose of delay, but rather to provide all parties additional time to consider facts and evidence regarding the basis for federal question removal, and to consider the possibility of claim resolution.

| LAW OFFICES OF MATTHEW L. SHARP | LAW OFFICES OF CURTIS B. COULTER |
|---|---|
| By: /s/ Matthew L. Sharp<br>MATTHEW L. SHARP<br>Nevada Bar No. 4746<br>419 Flint Street<br>Reno, Nevada 89501<br>Attorney for Plaintiff<br>JOHN D. GILLANE<br>Dated: June 6, 2008 | By: /s/ Curtis B. Coulter<br>CURTIS B. COULTER<br>Nevada Bar No. 3034<br>403 Hill Street<br>Reno, Nevada 89501<br>Attorney for Plaintiff<br>JOHN D. GILLANE<br>Dated: June 6, 2008 |

LEWIS AND ROCA LLP

By: /s/ Von S. Heinz
   VON S. HEINZ
   Nevada Bar No. 859
   Suite 600
   3993 Howard Hughes Parkway
   Las Vegas, Nevada 89169
   Attorneys for Defendant
   THE MEGA LIFE AND HEALTH
   INSURANCE COMPANY
Dated: June 6, 2008

IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: June 11, 2008