UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN GILLANE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MEGA LIFE AND HEALTH INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 3:08-cv-00230-LRH-RAM<br><br>STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO REMAND TO STATE COURT (Second Request) |

　　Plaintiff John Gillane and defendant The Mega Life and Health Insurance Company ("MEGA") (incorrectly sued as "Mega Life and Health Insurance Company") hereby stipulate and agree as follows:

　　1.　Plaintiff filed his Motion to Remand on May 30, 2008 (Document 8).

　　2.　Pursuant to LR 7-2(b) and Fed. R. Civ. P. 6(d), MEGA's response to Plaintiff's Motion to Remand was to be filed on or before Tuesday, June 17, 2008.

　　3.　Plaintiff and MEGA previously agreed that the time for MEGA to respond to Plaintiff's Motion to Remand could be extended to and including Thursday, July 17, 2008.

　　4.　On June 12, 2008, the Court approved the parties'

stipulation for a first extension of time for MEGA to respond to Plaintiff's Motion to Remand. (Document 10.)

5. Since the parties submitted their stipulation seeking approval of a first extension of time for MEGA to respond to Plaintiff's Motion to Remand, MEGA has continued to investigate the matters requested of it by Plaintiff and has shared documents and information with Plaintiff. Plaintiff and MEGA continue to discuss the facts presented in Plaintiff's complaint, and MEGA's search for documents and other information is active and ongoing. The parties desire to continue their informal evaluation of this case and their exchange of documents and information, and believe that additional time will assist those efforts. As such, Plaintiff and MEGA now stipulate and agree that MEGA may have a further extension of time, through and including Friday, August 8, 2008, to respond to Plaintiff's Motion to Remand.

6. This is the second request for additional time sought by the parties with respect to Plaintiff's Motion to Remand. This stipulation is not submitted for the purpose of delay, but rather, as stated above, to provide all parties additional time to consider facts and evidence regarding the basis for federal

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

423619.1

1  question removal, and to consider the possibility of claim
2  resolution.

3  LAW OFFICES OF MATTHEW L. SHARP    LEWIS AND ROCA LLP
            and
4  LAW OFFICES OF CURTIS B. COULTER

5                                          By: /s/ Von S. Heinz
                                              VON S. HEINZ
6  By: /s/ Curtis B. Coulter                  Nevada Bar No. 859
       CURTIS B. COULTER                      Suite 600
7      Nevada Bar No. 3034                    3993 Howard Hughes Parkway
       403 Hill Street                        Las Vegas, Nevada 89169
8      Reno, Nevada 89501                     Attorneys for Defendant
       Attorney for Plaintiff                 THE MEGA LIFE AND HEALTH
9      JOHN D. GILLANE                        INSURANCE COMPANY
   Dated: June 24, 2008                       Dated: June 24, 2008

                       IT IS SO ORDERED:

                       [signature]

                       LARRY R. HICKS
                       UNITED STATES DISTRICT JUDGE

                       DATED: June 25, 2008

-3-