1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                              DISTRICT OF NEVADA

10   JOHN GILLANE,                          Case No.: 3:08-cv-00230-LRH-RAM

11                    Plaintiff,

12       vs.                                STIPULATION AND ORDER
                                            PERMITTING PARTIES TO STAY
13   MEGA LIFE AND HEALTH INSURANCE         ACTION PENDING PARTIES'
     COMPANY; and DOES 1 through 10,        AGREEMENT TO PARTICIPATE IN
14   inclusive,                             VOLUNTARY MEDIATION
                                            (First Request)
15                    Defendants.

16       Plaintiff John Gillane and defendant The Mega Life and

17   Health Insurance Company ("MEGA") (incorrectly sued as "Mega Life

18   and Health Insurance Company") hereby stipulate and agree as

19   follows:

20       1.   Plaintiff filed his Motion to Remand on May 30, 2008

21   (Document 8).

22       2.   Pursuant to the Court's June 24, 2008 Order (Document

23   12), MEGA's response to Plaintiff's Motion to Remand is to be

24   filed on or before Friday, August 8, 2008.

25       3.   Since the parties submitted their stipulation seeking

26   approval of a first extension of time for MEGA to respond to

27   Plaintiff's Motion to Remand, MEGA has continued to investigate

28   the matters requested of it by Plaintiff and has shared documents

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

                                      -1-
                                                              431098.1

1   and information with Plaintiff. Plaintiff and MEGA continue to

2   discuss the facts presented in Plaintiff's complaint, and MEGA's

3   search for documents and other information is active and ongoing.

4        4. At this time, the parties stipulate and agree to

5   participate in voluntary mediation. They have conferred and

6   agree to continue to confer to select a mediator and a date for

7   mediation. One or before August 29, 2008, the parties agree that

8   they will file a status report with the Court, to advise the

9   Court of the date selected for the mediation and the mediator.

10       5. Because Plaintiff and MEGA stipulate and agree that

11   they will participate in voluntary mediation, they further

12   stipulate and agree as follows:

13       a. The further briefing on Plaintiff's Motion to Remand

14   shall be stayed pending the outcome of the voluntary mediation.

15   If a resolution of this matter is not had within 14 days of the

16   date of the mediation, the parties shall submit a proposed

17   stipulation and order to the Court relating the parties' proposed

18   schedule for the further briefing of the Motion to Remand.

19       b. On June 24, 2008, the Court approved the parties'

20   proposed discovery plan and scheduling order, which calls for,

21   among other things, the parties to submit an interim status

22   report on or before Friday, August 22, 2008. Because the parties

23   now agree to mediate, and agree to submit a status report with

24   the mediation date and the name of the mediator on or before

25   August 29, 2008, the Court will not require them to submit an

26   interim status report, and, instead, will permit this stipulation

27   and order to serve as their interim status report to the Court

28   regarding the case's current activity.

1    6.    This is the parties' first request for a stay of this

2  action.    As presented above, they submit this proposed request

3  for a stay so that they may participate in voluntary mediation,

4  with a view to case resolution.    This stipulation is not

5  submitted for the purpose of delay.

6  LAW OFFICES OF MATTHEW L. SHARP    LEWIS AND ROCA LLP
            and
7  LAW OFFICES OF CURTIS B.
   COULTER

8                                          By: /s/ Von S. Heinz
                                               VON S. HEINZ
9  By: /s/ Curtis B. Coulter                   Nevada Bar No. 859
       CURTIS B. COULTER                       Suite 600
10     Nevada Bar No. 3034                     3993 Howard Hughes Parkway
       403 Hill Street                         Las Vegas, Nevada 89169
11     Reno, Nevada 89501                      Attorneys for Defendant
       Attorney for Plaintiff                  THE MEGA LIFE AND HEALTH
12     JOHN D. GILLANE                         INSURANCE COMPANY
   Dated: August 8, 2008                   Dated: August 8, 2008

13

14
                              IT IS SO ORDERED:
15

16

17

18                            _____

19                            LARRY R. HICKS
                              UNITED STATES DISTRICT JUDGE
20
                              DATED:  August 11, 2008
21

22

23

24

25

26

27

28